```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR019526
Cashier ID: msmith
Transaction Date: 09/17/2021
Payer Name: KOOPERMAN MENTEL FERGUSON

MISCELLANEOUS PAPERS
 For: KOOPERMAN MENTEL FERGUSON
 Case/Party: D-WVS-2-21-MC-000131-001
 Amount:         $49.00

PAPER CHECK
 Check/Money Order Num: 3726
 Amt Tendered:   $49.00

Total Due:      $49.00
Total Tendered: $49.00
Change Amt:     $0.00
```

Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.